FILED'06 JUL 10 13:58 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| COLLETTE A. BOYD, | ) | |
| | ) | Civil No. 04-814-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that the parties' Stipulation for EAJA Fees, filed 7/7/06, is GRANTED in the amount of $5,751.12 to be awarded to Plaintiff pursuant to EAJA, 28 U.S.C. § 2412.

Dated this 10th day of July, 2006.

by _____
Paul Papak
United States Magistrate Judge